Sergio I. Scuteri, Esquire
CAPEHART & SCATCHARD, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ  08054
Tel. (856) 234-6800
Fax (856) 235-2786
sscuteri@capehart.com
Attorneys for Evesham Municipal Utilities Authority

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: : | |
| : | CHAPTER 13 |
| KASEY A. MARTIN, : | |
| : | CASE NO. 18-12289 (jnp) |
| Debtor : | |
| : | |

**ENTRY OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the Evesham Municipal Utilities Authority ("Evesham MUA"), a creditor and party in interest, and under, *inter alia*, Bankruptcy Rules 2002, 9007, and 9010 of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Sergio I. Scuteri, Esquire
> CAPEHART & SCATCHARD, P.A.
> 8000 Midlantic Drive, Suite 300 S
> Mt. Laurel, NJ  08054
> Tel. (856) 234-6800
> Fax (856) 235-2786
> sscuteri@capehart.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

6036398                                                                 1

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect any way any rights or interests of any creditor or party in interest in this case, including Evesham MUA with respect to: (a) the debtor: (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Evesham MUA.

PLEASE TAKE FURTHER NOTICE that Evesham MUA intends that neither this Entry of Appearance nor any later appearance, pleading, paper, claim, or suit shall waive (1) the right of Evesham MUA to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of Evesham MUA to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of Evesham MUA to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Evesham MUA is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

                                              CAPEHART & SCATCHARD, P.A.
                                              A Professional Corporation

Dated: July 30, 2018          By:    */s/ Sergio I. Scuteri*
                                              SERGIO I. SCUTERI, ESQUIRE
                                              Attorneys for Evesham Municipal Utilities
                                              Authority