**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**2** Valuation of Security      **0** Assumption of Executory Contract or Unexpired Lease      **0** Lien Avoidance

Last revised: December 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    **Kasey A. Martin**              Case No.:    **18-12289**
                                           Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required          Date:    7/26/2018
☑ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney   /s/ RM       Initial Debtor:   /s/ KAM       Initial Co-Debtor

**Part 1:  Payment and Length of Plan**

1

a. The debtor paid $2,335.00 to date and shall pay __467.00 Monthly__ to the Chapter 13 Trustee, starting on __August 1, 2018__ for approximately 43 remaining months, for a total plan of approximately **48** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☑ Sale of real property
  Description: 205 Ash Road, Marlton, NJ. 08053. All unexempt proceeds of the sale shall be paid to the trustee.
  Proposed date for completion: March 1, 2019
- ☐ Refinance of real property:
  Description:
  Proposed date for completion:
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection        X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Robert Manchel** | **Attorney Fee** | **$3,500** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

   1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Ally Financial | 2009 Lexus LS460 | $13,383 | $8,010 | n/a | $8,010 | 4.5% In Re: Till Rate of Interest | $8578 |
|---|---|---|---|---|---|---|---|
| Vw Credit Inc | 2013 Volkswagen GTI | $9,075 | $7,350 | n/a | $7,350 | 4.5% In Re: Till Rate of Interest | $8045 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Inverness Greene Condominium Assoc.** | 87 Eldon Way Marlton, NJ 08053 Burlington County | 96,000.00 | 100% of remaining balance |
| **Ditech Financial LLC.** | 87 Eldon Way, Marlton, NJ 08053 | 96,000.00 | 100% of remaining balance |
| **Seterus** | 87 Eldon Way, Marlton, NJ 08053 | 96,000.00 | 100% of remaining balance |
| **Kings Grant Maintenance Association** | 87 Eldon Way, Marlton, NJ 08053 | 96,000.00 | 100% of remaining balance |
| **Kings Grant Open Space Association** | 87 Eldon Way, Marlton, NJ 08053 | 96,000.00 | 100% of remaining balance |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

**Part 5:  Unsecured Claims        X  NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

### Part 7: Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| to void liens on collateral consistent with Part 4 above: | | | | | | |

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Ally Financial | 2009 Lexus LS460 234,000 miles | 13,383.00 | 8,010.00 | 8,010.00 | 100% of remaining balance |
| Vw Credit Inc | 2013 Volkswagen GTI 129,000 miles | 9,075.00 | 7,350.00 | 7,350.00 | 100% of remaining balance |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions
   2) Other Administrative Claims
   3) Secured Claims
   4) Lease Arrearages
   5) Priority Claims
   6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification   ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Part 1c reflects the sale of 205 Ash Road, Marlton, NJ. Added the following creditors to 4 e, Ditech Financial LLC. Inverness Greene Condominium Assoc. | |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:

6

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | Date: 7/26/2018 | /s/ Robert Manchel |
|---|---|---|
| | | Robert Manchel |
| | | Attorney for the Debtor |
| Date: | Date: 7/26/2018 | /s/ Kasey A. Martin |
| | | Kasey A. Martin |
| | | Debtor |
| Date: | Date: 7/26/2018 | |
| | | Joint Debtor |

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | Date: 7/3/2018 | /s/ Robert Manchel |
|---|---|---|
| | | Robert Manchel |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | 7/26/2018 | /s/ Kasey A. Martin |
|---|---|---|
| | | Kasey A. Martin |
| | | Kasey A. Martin |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-12289-JNP
Kasey A. Martin                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Aug 06, 2018
                              Form ID: pdf901          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
```
db            +Kasey A. Martin,    205 Ash Road,    Marlton Lakes, NJ 08053-7121
cr             Kings Grant Open Space Association,     Marlton, NJ  08053
517318094     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517440063      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517318097     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517318099      Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517374287     +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
517318101     +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517318102     +Evesham Municipal Utilities Authority,     PO Box 467,    Marlton, NJ 08053-0467
517323762     +Inverness Greene Condominium Association,     c/o Simeone & Raynor, LLC,    1522 Route 38,
                Cherry Hill, NJ 08002-2216
517318103     +Kings Grant Maintenance Association,     21 Kings Grant Drive,    Marlton, NJ 08053-2807
517318104     +Kings Grant Open Space Association,     50 Landings Drive,    Marlton, NJ 08053-2832
517318108      Seterus,    PO Box 1077,    Hartford, CT 06143-1077
517318109     +Simeone & Raynor LLC,    Attorneys at Law,    1522 Route 38,    Cherry Hill, NJ 08002-2216
517318110      South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517318113     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517350621     +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2018 23:39:16      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2018 23:39:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517318093      E-mail/Text: bankruptcy@pepcoholdings.com Aug 06 2018 23:38:40      Atlantic City Electric,
                PO Box 4875,    Trenton, NJ 08650-4875
517363797      E-mail/Text: ally@ebn.phinsolutions.com Aug 06 2018 23:38:12      Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517318092     +E-mail/Text: ally@ebn.phinsolutions.com Aug 06 2018 23:38:12      Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
517334052      E-mail/Text: bankruptcy@pepcoholdings.com Aug 06 2018 23:38:40
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ 08069-3600
517318096      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2018 23:37:32      Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
517318098     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2018 23:38:52      Comenity Bank/lnbryant,
                Po Box 182789,    Columbus, OH 43218-2789
517318100      E-mail/Text: mrdiscen@discover.com Aug 06 2018 23:38:14      Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
517335990      E-mail/Text: mrdiscen@discover.com Aug 06 2018 23:38:14      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517318105     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 06 2018 23:38:18      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517318106     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2018 23:38:53      Lane Bryant Retail/soa,
                450 Winks Ln,    Bensalem, PA 19020-5932
517403398     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 06 2018 23:39:10      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517351607      E-mail/PDF: cbp@onemainfinancial.com Aug 06 2018 23:36:30      ONEMAIN,    PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
517318107     +E-mail/PDF: cbp@onemainfinancial.com Aug 06 2018 23:36:30      Onemain,    Po Box 1010,
                Evansville, IN 47706-1010
517523745      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2018 00:00:08
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517523746      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2018 23:36:42
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517453286      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2018 23:36:41
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517443655      E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2018 23:39:00
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517322145      E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2018 23:39:00
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517319544     +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:00      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517447698     +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:00      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517318111      E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:28      Synchrony Bank/Gap,
                PO Box 960017,    Orlando, FL 32896-0017
517318112      E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:00      Synchrony Bank/Old Navy,
                PO Box 960017,    Orlando, FL 32896-0017
517318114     +E-mail/Text: vci.bkcy@vwcredit.com Aug 06 2018 23:39:26      Vw Credit Inc,    1401 Franklin Blvd,
                Libertyville, IL 60048-4460
```

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Aug 06, 2018
                               Form ID: pdf901          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 25
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517318095         Cap1/bstby
cr*               Ally Capital,    PO Box 130424,    Roseville, MN 55113-0004
cr*              +Inverness Greene Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 38,
                   Cherry Hill, NJ 08002-2216
                                                                                         TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              I. Dominic Simeone    on behalf of Creditor    Inverness Greene Condominium Association
               dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert   Manchel    on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
              Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority
               sscuteri@capehart.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```