Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, New Jersey 08053
(856)797-1500
Robert Manchel
RM 1141
Attorney For Debtor(s)

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE:  Kasey A. Martin      : CASE NO.  18-12289JNP
              : CHAPTER 13

---

## NOTICE OF MOTION

Robert Manchel, Attorney for the debtor Kasey A. Martin, has filed papers with the court for the following purpose.

MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS, PURSUANT TO 11 U.S.C., 363(b) AND TO DISBURSE PROCEEDS OF THE SALE.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the Motion, then on or before December 4, 2018. Hearing listed below, if prior to said date, you or your attorney must:

File with the court a written answer and written response, explaining your position, at:
Mitchell Cohen Federal Courthouse,
Bankruptcy Court Clerk,
400 Cooper Street, 2nd. Fl.
Camden, NJ. 08101

If you mail your {request}{response}{answer} to the court for filing, you must mail it early enough so the court will **receive** it on or before seven (7) days prior to the hearing date that is reflected below.

You must also mail a copy to:

Robert Manchel, Attorney for Debtor(s)

1 Eves Drive, Marlton, NJ. 08053

You must also:

Attend the hearing scheduled to be held on <u>December 11, 2018</u> at, <u>10:00am</u>. , at:

United States Bankruptcy Court

Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, N.J. 08101
Courtroom 4C
Judge Jeffold N. Poslusny, Jr.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____          Signature:      <u>/s/ Robert Manchel</u>, attorney for debtor(s)

                                             Robert Manchel

Name: Robert Manchel, Attorney for Debtor(s)

Address 1 Eves Drive, Marlton, NJ.