UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | __18-12289JNP__ |
|---|---|---|
| Kasey A. Martin | Chapter: | |
| | Judge: | |

### NOTICE OF PROPOSED PRIVATE SALE

__The debtor, Kasey A. Martin__, The Debtor and The Est., in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court<br>Mitchell H. Cohen U.S. Courthouse<br>Clerk , Second Floor<br>400 Cooper Street, 4th Floor<br>Camden, N.J. 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __December 11, 2018__ at __10:00am__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __Mitchell H. Cohen U.S. Courthouse 400 Cooper__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 205 Ash Rd. Marlton, NJ. 08053 |
|---|---|

| Proposed Purchaser: | EAA Real Estate LLC. |
|---|---|

| Sale price: | $175,000.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Carla Campanella/ RE/MAX Tri County |
|---|---|
| Amount to be paid: | Amount of Commission entitled to per Listing Agreement |
| Services rendered: | Real Estate Sales, Listing and Seller's Agents |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:   Robert Manchel

Address:   1 Eves Dr., Suite 111, Marlton, NJ. 08053

Telephone No.:   856 797 1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-12289-JNP
Kasey A. Martin                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Nov 16, 2018
                              Form ID: pdf905          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db             +Kasey A. Martin,    205 Ash Road,    Marlton Lakes, NJ 08053-7121
cr              Kings Grant Open Space Association,    Marlton, NJ  08053
517318094      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517440063       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517318097      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517318099       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517374287      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517318101      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517318102      +Evesham Municipal Utilities Authority,    PO Box 467,    Marlton, NJ 08053-0467
517323762      +Inverness Greene Condominium Association,     c/o Simeone & Raynor, LLC,    1522 Route 38,
                 Cherry Hill, NJ 08002-2216
517318103      +Kings Grant Maintenance Association,    21 Kings Grant Drive,    Marlton, NJ 08053-2807
517318104      +Kings Grant Open Space Association,    50 Landings Drive,    Marlton, NJ 08053-2832
517318108       Seterus,    PO Box 1077,    Hartford, CT 06143-1077
517318109      +Simeone & Raynor LLC,    Attorneys at Law,    1522 Route 38,    Cherry Hill, NJ 08002-2216
517318110       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517318113      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517350621      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2018 00:40:59     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2018 00:40:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517318093       E-mail/Text: bankruptcy@pepcoholdings.com Nov 17 2018 00:40:14     Atlantic City Electric,
                 PO Box 4875,    Trenton, NJ 08650-4875
517363797       E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2018 00:39:50     Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517318092      +E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2018 00:39:50     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517334052       E-mail/Text: bankruptcy@pepcoholdings.com Nov 17 2018 00:40:14
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517318096       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 17 2018 00:47:17      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517318098      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 17 2018 00:40:32     Comenity Bank/lnbryant,
                 Po Box 182789,    Columbus, OH 43218-2789
517318100       E-mail/Text: mrdiscen@discover.com Nov 17 2018 00:39:52     Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
517335990       E-mail/Text: mrdiscen@discover.com Nov 17 2018 00:39:52     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517318105      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 17 2018 00:39:57     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517318106      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 17 2018 00:40:32     Lane Bryant Retail/soa,
                 450 Winks Ln,    Bensalem, PA 19020-5932
517403398      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 17 2018 00:40:54     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517351607       E-mail/PDF: cbp@onemainfinancial.com Nov 17 2018 00:45:57      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517318107      +E-mail/PDF: cbp@onemainfinancial.com Nov 17 2018 00:46:54      Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
517523745       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2018 00:57:44
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517523746       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2018 00:57:36
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517453286       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2018 00:47:10
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517443655       E-mail/Text: bnc-quantum@quantum3group.com Nov 17 2018 00:40:45
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517322145       E-mail/Text: bnc-quantum@quantum3group.com Nov 17 2018 00:40:45
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517319544      +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2018 00:46:58     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517447698      +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2018 00:46:28     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517318111       E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2018 00:46:58     Synchrony Bank/Gap,
                 PO Box 960017,    Orlando, FL 32896-0017
517318112       E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2018 00:46:28     Synchrony Bank/Old Navy,
                 PO Box 960017,    Orlando, FL 32896-0017
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Nov 16, 2018
                               Form ID: pdf905          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517318114        +E-mail/Text: vci.bkcy@vwcredit.com Nov 17 2018 00:41:11      Vw Credit Inc,    1401 Franklin Blvd,
                  Libertyville, IL 60048-4460
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517318095          Cap1/bstby
cr*               Ally Capital,   PO Box 130424,   Roseville, MN  55113-0004
cr*              +Inverness Greene Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 38,
                  Cherry Hill, NJ 08002-2216
                                                                                          TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              I. Dominic Simeone    on behalf of Creditor    Inverness Greene Condominium Association
               dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert  Manchel    on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
              Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority
               sscuteri@capehart.com
              Sindi  Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 12
```