## Used Car appraisal form

Auto Castle Delaware    443-934-2105

### Owner Details
Name: Kasey Martin
Telephone: 609 304 5110    Fax: 302 834-8331
Email: Maxicoates@gmail.com
Location: 105 Ash Road Marlton NJ 08053
Car Make & Model: 2009 Lexus LS 460
Mileage: 246,292
VIN #: JTHCL46F595001814

### Exterior Bodywork
- Dents, scratches, rust – complete on below diagram
- Colour  Blue
- Any modifications  None

### Interior of car
- Known Faults
- Fabric Condition (warn, tear, hole)  Avg.
- Type of radio (cassette, cd)
- Any modifications

### Mechanical
- Known Faults  See Attached copy
- Any modifications

### Documentation
- Service History                        Yes/No
- Free of all liens and encumbrances     Yes/No
- Has this vehicle sustained accident/physical damage? Yes/No Amount: 2200.—
- Number of previous owners    2

### Other
- Tires that need replacing now or soon:  Yes/No Quantity: 4
- Alloy Wheel condition – complete on below diagram any marks
- Windscreen & other glass condition – complete on below diagram
- Number of keys  2

CODE:
X = Dent   - = Scratch   O = Defective Paint   R = Rust   C = Chips

Value
$5200

Rodney
Green



## of Wilmington

2100 Pennsylvania Avenue
Wilmington, DE  19806

Main: (302) 427-4400

(800) 456-LEXUS or (800) 456-5398

www.lexusofwilmington.com

| Adv: 526 ANTHONY TRACEY | Tag 2978 | License 1 | JTHCL46F5 95001814 | Page 1 | Invoice I86681 |
|---|---|---|---|---|---|

| Invoice to | Driver/Owner Information |
|---|---|
| COATES, ROBERT<br>1402 WATER EDGE DR<br>NEWARK, DE  19702<br>Home: (302) 476-0547 | COATES, ROBERT<br>1402 WATER EDGE DR<br>NEWARK, DE  19702<br>Home: (302) 476-0547 |

| For Office Use | Vehicle Information |
|---|---|
| Odometer in: 246292  Out: 246293     INT C I     Prelim | 09 LEXUS LS460  4DR SDN |
|  | Stock#:  00123456 |
| Begin: 06/30/18 | Done: 07/10/18 | Invoiced: 07/12/18 14:35 TA | |

### Customer Concern

| Concern +51 | CLIENT STATES THAT WHEN YOU COLD START THE ENGINE YOU HEAR A LOUD TAPPING TYPE NOISE, INSPECT AND ADVISE. | Operation | Tech | Amount |
|---|---|---|---|---|
| Cause | NOISE FROM ENGINE BRIEFLY WHEN STARTING | CDC | 376 | 0.00 |
| Correction | START VEHICLE SEVERAL TIMES, ONLY ABLE TO DUPLICATE ONCE FOR 3-5 SECONDS, NEED PROBLEM TO HAPPEN MORE CONSISTENTLY TO ACCURATELY DIAGNOSE CONCERN<br>Tech  376  DENNEY, MICHAEL | | | |
| | | | Subtotal | |
| Type: I | | TOTAL CHARGE FOR CONCERN | | 0.00 |

| Concern +53 | CLIENT STATES THAT WHEN DRIVING YOU HEAR A THUMPING TYPE NOISE COMING FROM THE DRIVER SIDE FRONT.<br>ROADTEST AND ADVISE. | Operation | Tech | Amount |
|---|---|---|---|---|
| Cause | ROAD TEST VEHICLE, TIRES SEVERELY CHOPPED CAUSING NOISE, LISTEN TO WHEEL BEARING, VERY SLIGHT FROM RIGHT REAR, BAD BRAKE PULSATION | 000989 | 376 | S |
| Correction | NEED TO START WITH TIRE REPLACEMENT AND REPLACING FRONT PADS AND ROTORS<br>Tech  376  DENNEY, MICHAEL | | | |
| | | | Subtotal | |
| | | LAB-MECHANICAL | | |
| Type: I | | TOTAL CHARGE FOR CONCERN | | |

| Summary of Charges for Invoice I86681 | Payment Distribution for Invoice I86681 |
|---|---|
| LAB-MECHANICAL<br>TOTAL CHARGE | TOTAL CHARGE<br>INTERNAL |

X018KYWDC0:BDC

ucs@2004                                                                                                                              CUSTOMER



## of Wilmington

2100 Pennsylvania Avenue
Wilmington, DE  19806

Main: (302) 427-4400
(800) 456-LEXUS or (800) 456-5398

www.lexusofwilmington.com

| Adv: 526 ANTHONY TRACEY | Tag 2978 | License 1 | JTHCL46F5 95001814 | Page 2 (Last) | Invoice I86681 |
|---|---|---|---|---|---|
| Invoice to: COATES, ROBERT | | | Driver/Owner: COATES, ROBERT | | |
| Invoiced: 07/12/18 14:35:06 TA | | | 09 LEXUS LS460  4DR SDN | | |

Attention: The following Invoices also exist
     CUS - CUST PAY

If you have any questions - please see  ANTHONY TRACEY
SIGNATURE  _____

# Koons Lexus of Wilmington

Name: **COATES, ROBERT**  
RO: **86681**  Tag: 2978  Advisor: 526 - TRACEY, ANTHONY  
Vehicle: 2009 LS460  VIN: JTHCL46F595001814  License: 1

Printed: 07/12/2018 14:35:08  
Tech: 376 - DENNEY, MICHAEL  
Odometer: 246,292

| CHECKED AND OK AT THIS TIME | MAY REQUIRE FUTURE ATTENTION | REQUIRES IMMEDIATE ATTENTION |
|---|---|---|

Green Yellow Red

| | | | | Remarks | Estimate |
|---|---|---|---|---|---|
| **UNDER VEHICLE - CONTINUED** | | | | | |
| ✓ | | | Visual Inspection of Rotor Condition | | |
| ✓ | | | Control Arms | | |
| **UNDER HOOD** | | | | | |
| | ✓ | | Engine Quick Performance Check/Check Engine Light Illuminated | Maintence Light On | |
| ✓ | | | Battery Terminal Condition | | |
| | | ✓ | Battery Condition | Replace | $208.88 |
| | ✓ | | Engine Air Filter | Dirty | $84.29 |
| ✓ | | | Cooling System and Water Pump | | |
| ✓ | | | Drive Belts (condition) | | |
| ✓ | | | Induction Service | | |
| ✓ | | | FUEL INJECTION SERVICE | | |
| ✓ | | | Air Conditioning Hoses and Connections/Radiator Core and Cap | | |
| ✓ | | | Crankcase Ventilation System | | |
| ✓ | | | Condition of Spark Plugs | | |
| ✓ | | | State Inspection/Emissions | | |
| **BG VITAL FLUID INSPECTION** | | | | | |
| ✓ | | | Transmission Fluid Condition | | |
| ✓ | | | Power Steering Fluid Condition | | |
| | ✓ | | Brake Fluid Condition | Due to Mileage | $184.90 |
| | ✓ | | Coolant Condition | Due to Mileage | $225.85 |
| ✓ | | | Individual Tire Repair | | |

**Comments:**

# Koons Lexus of Wilmington

ame: **COATES, ROBERT**
O: **86681**   Tag: 2978
ehicle: 2009 LS460

Advisor: 526 - TRACEY, ANTHONY
VIN: JTHCL46F595001814   License: 1

Printed: 07/12/2018 14:35:08
Tech: 376 - DENNEY, MICHAEL
Odometer: 246,292

| CHECKED AND OK AT THIS TIME | MAY REQUIRE FUTURE ATTENTION | REQUIRES IMMEDIATE ATTENTION |

reen Yellow Red

| | | | Remarks | Estimate |
|---|---|---|---|---|
| **INTERIOR/EXTERIOR** | | | | |
| | ✓ | | Interior/Exterior Bulbs | Marker Light | $29.95 |
| ✓ | | | Check Floor Mat Installation | | |
| ✓ | | | Windshield Glass Inspection | | |
| ✓ | | | Front Windshield Wiper Blade Condition | | |
| ✓ | | | Rear Windshield Wiper Condition (if equipped) | | |
| | | ✓ | Passenger Compartment Air Filter (if equipped) | Dirty | $91.33 |
| **BRAKE SYSTEM - Green: > 6mm/> 2mm | Yellow: 4-6mm/2mm | Red: < 3mm/< 2mm (Disc/Drum)** | | | | |
| | | ✓ | Front Brake Pads | 2mm | $799.51 |
| ✓ | | | Rear Brake Pads | 8mm | |
| ✓ | | | Parking Brake System | | |
| **TIRE CONDITION - Green: > 6/32" | Yellow: 4/32" - 6/32" | Red: < 4/32"** | | | | |
| | | ✓ | LF Tire Tread Depth | 2/32 | |
| | ✓ | | RF Tire Tread Depth | 5/32 | |
| | ✓ | | RR Tire Tread Depth | 4/32 | |
| | ✓ | | LR Tire Tread Depth | 4/32 | |
| | | ✓ | Tire Replacement Recommended - Green=NO  Red=YES | Tread depth | $149.80 |
| ✓ | | | Spare Tire Condition | | |
| **UNDER VEHICLE** | | | | |
| ✓ | | | Front Suspension | | |
| ✓ | | | Rear Suspension | | |
| | | ✓ | Four Wheel Vehicle Alignment | Rec w/Replaced Tires | $159.95 |
| ✓ | | | Engine and Transmission Mounts | | |
| ✓ | | | Check for Oil Leaks | | |
| ✓ | | | Oil Pan Gasket | | |
| ✓ | | | Transmission Pan Gasket | | |
| ✓ | | | Power Steering Rack and Pinion | | |
| | ✓ | | Front Differential (if equipped) | Due to Mileage | $131.64 |
| | ✓ | | Rear Differential (if equipped) | Due to Mileage | $131.64 |
| | ✓ | | Transfer Case | Due to Mileage | $115.99 |
| | | ✓ | Constant Velocity Drive Shaft Boots | Ripped | $1,318.79 |



## of Wilmington

2100 Pennsylvania Avenue
Wilmington, DE  19806

Main: (302) 427-4400

(800) 456-LEXUS or (800) 456-5398

www.lexusofwilmington.com

| Adv: 526 ANTHONY TRACEY | Tag 2978 | License 1 | JTHCL46F5 **95001814** | Page 1 | Invoice **C86681** |
|---|---|---|---|---|---|

| Invoice to | Driver/Owner Information |
|---|---|
| COATES, ROBERT<br>1402 WATER EDGE DR<br>NEWARK, DE  19702<br>Home: (302) 476-0547 | COATES, ROBERT<br>1402 WATER EDGE DR<br>NEWARK, DE  19702<br>Home: (302) 476-0547 |

| For Office Use | Vehicle Information |
|---|---|
| Odometer in: 246292  Out: 246293       CUS  C  I      Prelim | 09 LEXUS LS460  4DR SDN |
|  | Stock#:  00123456 |
| Begin: 06/30/18   Done: 07/10/18   Invoiced: 07/12/18 14:35 TA | |

### Customer Concern

| Summary of Charges for Invoice C86681 | Payment Distribution for Invoice C86681 |
|---|---|
| TOTAL CHARGE                          0.00 | CASH DUE                       0.00<br>TOTAL CHARGE                   0.00 |

### Additional Recommendations

DURING THE INSPECTION OF YOUR VEHICLE OUR TECHS HAVE FOUND THE FOLLOWING
ITEMS ARE NEEDED:

REPAIRS RECOMMENDED - DECLINED BY CUSTOMER:

| Item 01 | Operation<br>Concern<br>Correction | NW           Tech: 376     Follow Up: 08/01/18<br>RIGHT FRONT CLEARANCE LIGHT OUT REMARKS:  MARKER LIGHT<br>CUSTOMER DOES NOT WANT WORK DONE |
|---|---|---|
| Item 02 | Operation<br>Concern<br>Correction | 883989        Tech: 376     Follow Up: 08/01/18<br>AIR CONDITIONING CABIN FILTER, FRONT, R&R (IF EQUIPPED)  Remarks:  Dirty<br>AIR CONDITIONING CABIN FILTER, FRONT, R&R (IF EQUIPPED) |
| Item 03 | Operation<br>Concern<br>Correction | BR-322        Tech: 376     Follow Up: 08/01/18<br>(SENSOR WORN)FRONT BRAKE PADS & ROTORS, W/O HARDWARE, R&R  REMARKS:  2MM<br>FRONT BRAKE PADS & ROTORS, W/O HARDWARE, R&R |
| Item 04 | Operation<br>Concern<br>Correction | MB4           Tech: 376     Follow Up: 08/01/18<br>TIRES BALD ON INNER EDGE/CHOPPED/NOISY 235/50R18  Remarks:  Tread depth<br>MOUNTED & BALANCED 4 TIRES |



# of Wilmington

2100 Pennsylvania Avenue
Wilmington, DE 19806

Main: (302) 427-4400
(800) 456-LEXUS or (800) 456-5398

www.lexusofwilmington.com

| Adv: 526 ANTHONY TRACEY | Tag 2978 | License 1 | JTHCL46F5 95001814 | Page 2 | Invoice C86681 |
|---|---|---|---|---|---|
| Invoice to: COATES, ROBERT | | | Driver/Owner: COATES, ROBERT | | |
| Invoiced: 07/12/18 14:35:06 TA | | | 09 LEXUS LS460  4DR SDN | | |

**REPAIRS RECOMMENDED - DECLINED BY CUSTOMER:**

| Item 05 | Operation | AL4W    Tech: 376    Follow Up: 08/01/18 |
| | Concern | PERFORM 4-WHEEL ALIGNMENT TO CORRECT TIRE WEAR   Remarks:  Rec w/Replaced Tires |
| | Correction | PERFORMED 4-WHEEL ALIGNMENT TO CORRECT TIRE WEAR |

| Item 06 | Operation | BGFDIFF    Tech: 376    Follow Up: 08/01/18 |
| | Concern | PERFORM BG FRONT DIFFERENTIAL SERVICE   Remarks:  Due to Mileage |
| | Correction | PERFORM BG FRONT DIFFERENTIAL SERVICE |

| Item 07 | Operation | BGRDIFF    Tech: 376    Follow Up: 08/01/18 |
| | Concern | PERFORM BG REAR DIFFERENTIAL SERVICE   Remarks:  Due to Mileage |
| | Correction | PERFORM BG REAR DIFFERENTIAL SERVICE |

| Item 08 | Operation | BGTC    Tech: 376    Follow Up: 08/01/18 |
| | Concern | PERFORM BG TRANSFER CASE SERVICE ON VEHICLE   Remarks:  Due to Mileage |
| | Correction | PERFORM BG TRANSFER CASE SERVICE ON VEHICLE |

| Item 09 | Operation | BAT    Tech: 376    Follow Up: 08/01/18 |
| | Concern | BATTERY, R&R  Remarks:  Replace |
| | Correction | BATTERY, R&R |

| Item 10 | Operation | AFR8A    Tech: 376    Follow Up: 08/01/18 |
| | Concern | AIR FILTER, R&R  Remarks:  Dirty |
| | Correction | AIR FILTER, R&R |

| Item 11 | Operation | FBS    Tech: 376    Follow Up: 08/01/18 |
| | Concern | VEHICLE DUE FOR BRAKE FLUID EXCHANGE SERVICE - RECOMMENDED 30,000 MILES OR 2 YEARS  Remarks:  Due to Mileage |
| | Correction | PERFORMED BRAKE FLUID EXCHANGE |

| Item 12 | Operation | FCS2    Tech: 376    Follow Up: 08/01/18 |
| | Concern | PERFORMED BG COOLANT SERVICE FLUSH   Remarks:  Due to Mileage |
| | Correction | COMPLETE COOLANT SYSTEM FLUID EXCHANGE PERFORMED. |

| Item 13 | Operation | 420991    Tech: 376    Follow Up: 08/01/18 |
| | Concern | NOISE IN LR WHEEL, TIRE PRESSURE MONITOR SENSOR IF BROKEN |
| | Correction | TIRE PRESSURE MONITOR SENSOR, R&R |

| Item 14 | Operation | BULB5    Tech: 376    Follow Up: 08/01/18 |
| | Concern | LEFT FRONT HID BULB INTERMITTENT |

ucs©2004    CUSTOMER



# of Wilmington

2100 Pennsylvania Avenue
Wilmington, DE 19806

Main: (302) 427-4400
(800) 456-LEXUS or (800) 456-5398

www.lexusofwilmington.com

| Adv: 526 ANTHONY TRACEY | Tag 2978 | License 1 | JTHCL46F5 95001814 | Page 3 (Last) | Invoice C86681 |
|---|---|---|---|---|---|
| Invoice to: COATES, ROBERT | | | Driver/Owner: COATES, ROBERT | | |
| Invoiced: 07/12/18 14:35:06 TA | | | 09 LEXUS LS460  4DR SDN | | |

| | | | |
|---|---|---|---|
| REPAIRS RECOMMENDED - DECLINED BY CUSTOMER: | | | |
| | Correction | REMOVED PANEL AND REPLACED APPROPRIATE HIGH INTENSITY XENON BULB | |
| Item 15 | Operation | BULB5     Tech: 376    Follow Up: 08/01/18 | |
| | Concern | RIGHT FRONT HID BULB INTERMITTENT | |
| | Correction | REMOVED PANEL AND REPLACED APPROPRIATE HIGH INTENSITY XENON BULB | |
| Item 16 | Operation | TPMD      Tech: 376    Follow Up: 08/01/18 | |
| | Concern | REPROGRAM NEW TIRE SENSOR | |
| | Correction | TIRE PRESSURE MONITORING SYSTEM DIAGNOSIS | |
| Item 17 | Operation | 473061A   Tech: 376    Follow Up: 08/01/18 | |
| | Concern | REAR BRAKE ROTOR(LEFT REAR GROOVED, RIGHT REAR BELOW SPEC) | |
| | Correction | REAR BRAKE ROTOR, R&R | |
| Item 18 | Operation | NW        Tech: 376    Follow Up: 08/01/18 | |
| | Concern | BRAKE PAD WARNING LIGHT ON, RIGHT REAR SENSOR WORN | |
| | Correction | CUSTOMER DOES NOT WANT WORK DONE | |
| Item 19 | Operation | OFSGM     Tech: 376    Follow Up: 08/01/18 | |
| | Concern | OEM OIL & FILTER CHANGE | |
| | Correction | OEM OIL & FILTER CHANGE | |
| Item 20 | Operation | 434651A   Tech: 376    Follow Up: 08/01/18 | |
| | Concern | BOTH FRONT DRIVE AXLE SHAFT INNER C.V. BOOTS COMPLETELY TORN, R&R   Remarks:   Ripped | |
| | Correction | FRONT DRIVE AXLE SHAFT C.V. BOOT, R&R | |
| Item 21 | Operation | SPR8I     Tech: 376    Follow Up: 08/01/18 | |
| | Concern | SPARK PLUGS, R&R (IRIDIUM) | |
| | Correction | SPARK PLUGS, R&R (IRIDIUM) | |

PLEASE GIVE US A CALL TO SET UP AN APPOINTMENT AT YOUR EARLIEST
CONVENIENCE.   THANKS.

X018KYWDC0:BDC
Attention: The following Invoices also exist
      INT - INTERNAL

If you have any questions - please see ANTHONY TRACEY
SIGNATURE _____