**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esquire
1 Eves Drive, Suite 111
Marlton, NJ 08053-3125
Attorney for Debtor
RM-1141
Telephone No. (856) 797-1500

Order Filed on November 27,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Kasey A. Martin

Case No.:     18-12289JNP

Judge:     Jerrold N. Poslusny

Chapter:     13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF Carla Campanella

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | | | | |
|---|---|---|---|---|
| In re: | Kasey A. Martin | | | |
| Case No.: | 18-12289 | | | |
| Applicant: | Kasey A. Martin | | | |

(check all that apply)  ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☑ Debtor:   ☐ Chap. 11   ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:    Carla Campanella

Address of Professional:    RE/Max Tri County

2275 State Highway 33

Hamilton Square, NJ 08690

☑ Attorney for (check all that apply):
- ☐ Trustee   ☑ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Other Professional:
- ☑ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*