| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Robert Manchel, Esquire<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053-3125<br>Attorney for Debtor<br>RM-1141<br>Telephone No. (856) 797-1500 | Order Filed on November 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Kasey A. Martin | Case No.: __18-12289JNP__<br><br>Judge: __Jerrold N. Poslusny__<br><br>Chapter: __13__ |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
## RETENTION OF  Carla Campanella

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 27, 2018**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:     Kasey A. Martin

Case No.:    18-12289

Applicant:    Kasey A. Martin

(check all that apply) ☐ Trustee: ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☒ Debtor: ☐ Chap. 11    ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:    Carla Campanella

Address of Professional:    RE/Max Tri County

2275 State Highway 33

Hamilton Square, NJ 08690

☒ Attorney for (check all that apply):
- ☐ Trustee    ☒ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee    ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Other Professional:
- ☒ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Kasey A. Martin  
    Debtor

Case No. 18-12289-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 27, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2018.  
db            +Kasey A. Martin,    205 Ash Road,    Marlton Lakes, NJ 08053-7121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association zangerle@ZangerleLaw.comcastbiz.net  
         I. Dominic Simeone    on behalf of Creditor    Inverness Greene Condominium Association dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
         Robert Manchel    on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com  
         Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority sscuteri@capehart.com  
         Sindi Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                       TOTAL: 12