UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esq.
1 Eves Dr., Suite 111
Marlton, NJ. 08053
Attorney for debtor(s)
RM-1141

Order Filed on December 11,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

IN RE:

Kasey A. Martin

Case No. 18-12289JNP

Adv. No.: N/A

Hearing Date:

Judge:

Recommended Local Form        ___ followed              X    Modified

ORDER AUTHORIZING  THE SALE OF REAL PROPERTY AND DISBURSEMENT
OF  THE SALE'S PROCEEDS

The relief set forth on the foll
**ORDERED**.

**DATED: December 11, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(page 2)
debtor:  Kasey A. Martin
case no. 18-12289JNP
ORDER AUTHORIZING  THE SALE OF REAL PROPERTY AND DISBURSEMENT OF  THE SALE'S PROCEEDS

Upon the debtor's motion for authorization to sell the real property, commonly known as 205 Ash Rd. Marlton, NJ. (property).

IT IS hereby ORDERED as follows:

1. The debtor and the trustee are authorized to sell the real property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. 363 (b) and 1303;

2. Title shall be conveyed to the buyer by the trustee, the debtor and the sellers;

3. The proceeds of the sale may be applied to satisfy the liens on the real property;

4. Pursuant to LBR 6004 –1 (b) the Notice of Private Sale included a request to pay the real estate broker(s) in connection with the sale of the property. Therefore, Carla Campanella,  RE/MAX Tri County, and the other cooperating brokers, may be paid at closing, from the proceeds of the sale, at settlement.

5. Other closing fees payable by the debtor may be satisfied from the proceeds of the sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. Any and all balance of the proceeds of the sale shall be paid to the Estate of Ronnie H. Martin and disbursed into the estate account.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee within ten (10) days after closing.

8. The debtor shall file a Modified Chapter 13 Plan, within (10) ten days of the sale of the property.