UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Robert Manchel
1 Eves Drive, Suite 111
Marlton, NJ 08053
RM1141
(856) 797-1500
Fax (856) 797-1534

In Re:

Kasey A. Martin

Case No.: _____18-12289_____

Chapter: _____13_____

Judge: _____JNP_____

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Kasey A. Martin, Debtor
(Example: John Smith, creditor)

Old address:   205 Ash Road
Marlton, NJ 08053

New address:   87 Eldon Way
Marlton, NJ 08053

New phone no.: n/a
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  12/13/2018              /s/ Robert Manchel, Attorney for Debtor
                               Signature

*rev.2/1/16*