| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Dr., Suite 111<br>Marlton, NJ. 08053<br>Attorney for debtor(s)<br>RM-1141 | **Order Filed on December 11, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey** |
|---|---|
| IN RE:<br><br>Kasey A. Martin | Case No. 18-12289JNP<br><br>Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: |

      Recommended Local Form    ___ followed    X  Modified

ORDER AUTHORIZING THE SALE OF REAL PROPERTY AND DISBURSEMENT OF THE SALE'S PROCEEDS

The relief set forth on the foll
**ORDERED**.

**DATED: December 11, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(page 2)
debtor: Kasey A. Martin
case no. 18-12289JNP
ORDER AUTHORIZING THE SALE OF REAL PROPERTY AND DISBURSEMENT OF THE SALE'S PROCEEDS

Upon the debtor's motion for authorization to sell the real property, commonly known as 205 Ash Rd. Marlton, NJ. (property).

IT IS hereby ORDERED as follows:

1. The debtor and the trustee are authorized to sell the real property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. 363 (b) and 1303;

2. Title shall be conveyed to the buyer by the trustee, the debtor and the sellers;

3. The proceeds of the sale may be applied to satisfy the liens on the real property;

4. Pursuant to LBR 6004 –1 (b) the Notice of Private Sale included a request to pay the real estate broker(s) in connection with the sale of the property. Therefore, Carla Campanella, RE/MAX Tri County, and the other cooperating brokers, may be paid at closing, from the proceeds of the sale, at settlement.

5. Other closing fees payable by the debtor may be satisfied from the proceeds of the sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. Any and all balance of the proceeds of the sale shall be paid to the Estate of Ronnie H. Martin and disbursed into the estate account.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee within ten (10) days after closing.

8. The debtor shall file a Modified Chapter 13 Plan, within (10) ten days of the sale of the property.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-12289-JNP
Kasey A. Martin                                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 1              Date Rcvd: Dec 11, 2018
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db            #+Kasey A. Martin,    205 Ash Road,    Marlton Lakes, NJ 08053-7121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              I. Dominic Simeone    on behalf of Creditor    Inverness Greene Condominium Association
               dsimeone@srnjlawfirm.com,   kraynor@srnjlawfirm.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert Manchel    on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
              Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority
               sscuteri@capehart.com
              Sindi Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12