Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, New Jersey 08053-3125
(856) 797-1500
RM 1141
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:  KASEY MARTIN          :       CASE NO. 18-12289JNP
                              :       CHAPTER 13

**NOTICE OF MOTION**

MOTION REQUESTING TO ENTER THE COURT'S LOSS MITIGATION PROGRAM

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to Enter the Relief Sought, or if you want the court to consider your views on the Motion, then on or before SEVEN DAYS PRIOR TO February 5,, 2019, you or your attorney must:
File with the court a written answer and written response, explaining your position, at:
Mitchell H. Cohen U.S. Courthouse
Clerk of Bankruptcy Court
Bankruptcy Court Clerk
400 Cooper Street,
Camden, NJ. 08101

If you mail your {request}{response}{answer} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:
Robert Manchel, Attorney for Debtor(s)
1 Eves Drive, Marlton, NJ. 08053

You must also:
Attend the hearing scheduled to be held on 2/5/19, at: 10:00am.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, N.J. 08101
Courtroom 4C

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:                    /s/ Robert Manchel, attorney for debtor(s)
                         Robert Manchel
Name: Robert Manchel, Attorney for Debtor(s)
Address 1 Eves Drive, Marlton, NJ. 08053