UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, NJ  08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney for Debtor(s)

In Re:

Kasey A. Martin

Order Filed on March 29, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-12289 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 29, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Robert Manchel, Esquire _____, the applicant, is allowed a fee of $ _____ 1000.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 1000.00 _____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❑    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:
Kasey A. Martin
       Debtor

Case No. 18-12289-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 29, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db        +Kasey A. Martin,  87 Eldon Way,  Marlton, NJ 08053-4257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
    Denise E. Carlon  on behalf of Creditor  Ditech Financial LLC dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    Denise E. Carlon  on behalf of Loss Mitigation  Rushmore Loan Mangement Services,
    dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Gary J. Zangerle  on behalf of Creditor  Kings Grant Open Space Association
    zangerle@ZangerleLaw.comcastbiz.net
    I. Dominic Simeone  on behalf of Creditor  Inverness Greene Condominium Association
    dsimeone@srnjlawfirm.com,  kraynor@srnjlawfirm.com
    Isabel C. Balboa  ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
    Isabel C. Balboa  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
    summarymail@standingtrustee.com
    John R. Morton, Jr.  on behalf of Creditor  Ally Capital ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com
    Raymond Shockley, Jr  on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
    Rebecca Ann Solarz  on behalf of Creditor  Ditech Financial LLC rsolarz@kmllawgroup.com
    Robert Manchel  on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
    Sergio I. Scuteri  on behalf of Creditor  Evesham Municipal Utilities Authority
    sscuteri@capehart.com
    Sindi Mncina  on behalf of Creditor  MTGLQ INVESTORS, L.P. smncina@rascrane.com
    U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov
                             TOTAL: 13