UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46310
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Ally Financial

In Re:

 KASEY A. MARTIN

**Order Filed on April 12, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No. 18-12289

Judge: (JNP)

## ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTOR'S CHAPTER 13 PLAN AND ADEQUATE PROTECTION PAYMENTS

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: April 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: Kasey A. Martin

Case No: 18-12289

Caption of Order: Order for secured amount to be paid through Debtor's chapter 13 plan and adequate protection payments

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Ally Financial, with the appearance of Robert Manchel, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ally Financial ("Ally") is the holder of a first purchase money security interest encumbering a 2009 Lexus LS 460 bearing vehicle identification number JTHCL46F595001814.**

2. **That the secured amount that Ally shall be paid through the Debtor's plan shall be $9,113.27. This amount is reached using the agreed value of the vehicle of $8,000.00, amortized at 5.25% over 60 months.**

3. **That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to Ally in the amount of $1,800.00 through April 2019 and thereafter, each month, commencing May 2019, make adequate protection payments to Ally in the amount of $120.00.  Adequate protection payments to Ally shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Ally.   If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Ally until the remaining counsel fees have been paid. The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by Ally through the plan.**

4. **That Ally shall retain its lien on the vehicle until the earlier of the payment of the underlying debt under non-bankruptcy law or the Debtor receiving a discharge.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-12289-JNP
Kasey A. Martin                                                                 Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 12, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db             +Kasey A. Martin,    87 Eldon Way,    Marlton, NJ 08053-4257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Loss Mitigation   Rushmore Loan Mangement Services,
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Gary J. Zangerle   on behalf of Creditor   Kings Grant Open Space Association
         zangerle@ZangerleLaw.comcastbiz.net
        I. Dominic Simeone   on behalf of Creditor   Inverness Greene Condominium Association
         dsimeone@srnjlawfirm.com,  kraynor@srnjlawfirm.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
        Robert Manchel   on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
        Sergio I. Scuteri   on behalf of Creditor   Evesham Municipal Utilities Authority
         sscuteri@capehart.com
        Sindi  Mncina   on behalf of Creditor   MTGLQ INVESTORS, L.P. smncina@rascrane.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 13