Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−12289−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kasey A. Martin
   87 Eldon Way
   Marlton, NJ 08053

Social Security No.:
   xxx−xx−3802

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 17, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 78 − 77
Order Granting Application for Extension of Loss Mitigation (Related Doc # 77). Loss Mitigation Period Extended to: 8/15/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/17/2019. (kvr)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 17, 2019
JAN: kvr

                                                                         Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-12289-JNP
Kasey A. Martin                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1               Date Rcvd: May 17, 2019
                              Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db            +Kasey A. Martin,    87 Eldon Way,    Marlton, NJ 08053-4257
lm            +Rushmore Loan Mangement Services,,   PO Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Loss Mitigation    Rushmore Loan Mangement Services,
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
         zangerle@ZangerleLaw.comcastbiz.net
        I. Dominic Simeone    on behalf of Creditor    Inverness Greene Condominium Association
         dsimeone@srnjlawfirm.com,    kraynor@srnjlawfirm.com
        Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
        Robert Manchel    on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
        Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority
         sscuteri@capehart.com
        Sindi  Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                          TOTAL: 13