Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12289−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kasey A. Martin
    87 Eldon Way
    Marlton, NJ 08053

Social Security No.:
    xxx−xx−3802

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 20, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 84 − 83
Order Granting Application for Extension of Loss Mitigation (Related Doc # 83). Loss Mitigation Period Extended to: 11/15/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/20/2019. (kvr)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 20, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 18-12289-JNP
Kasey A. Martin                                                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 20, 2019
                              Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db             +Kasey A. Martin,    87 Eldon Way,    Marlton, NJ 08053-4257
lm             +Rushmore Loan Mangement Services,,    PO Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Loss Mitigation    Rushmore Loan Mangement Services,
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gary J. Zangerle     on behalf of Creditor    Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              I. Dominic Simeone     on behalf of Creditor    Inverness Greene Condominium Association
               dsimeone@srnjlawfirm.com,    mhahn@srnjlawfirm.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.     on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert   Manchel    on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
              Sergio I. Scuteri     on behalf of Creditor    Evesham Municipal Utilities Authority
               sscuteri@capehart.com
              Sindi   Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13