UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esquire
1 Eves Drive, Suite 111
Marlton, NJ 08053-3125
Attorney for Debtor
RM-1141
Telephone No. (856) 797-1500

In Re:

Kasey Martin

**Order Filed on August 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:        18-12289JNP

Chapter:

Judge:

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 20, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/8/2019_____ :

Property:    87 Eldon Way, Marlton, NJ. 08053

Creditor:    Rushmore Loan Management Services LLC. and/or Ditech Financi

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 15, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-12289-JNP
Kasey A. Martin                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Aug 20, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db             +Kasey A. Martin,    87 Eldon Way,    Marlton, NJ 08053-4257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Loss Mitigation   Rushmore Loan Mangement Services,
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Gary J. Zangerle   on behalf of Creditor   Kings Grant Open Space Association
           zangerle@ZangerleLaw.comcastbiz.net
          I. Dominic Simeone   on behalf of Creditor   Inverness Greene Condominium Association
           dsimeone@srnjlawfirm.com,   mhahn@srnjlawfirm.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert  Manchel   on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
          Sergio I. Scuteri   on behalf of Creditor   Evesham Municipal Utilities Authority
           sscuteri@capehart.com
          Sindi  Mncina   on behalf of Creditor   MTGLQ INVESTORS, L.P. smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 13