| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Dr., Suite 111<br>Marlton, NJ. 08053<br>Attorney for debtor(s)<br>Attorney I. D. No.RM-1141<br>(856) 797-1500 | Order Filed on September 3, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>    Kasey A. Martin | Case No. 18-12289JNP<br><br>Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: |

ORDER RELIEVING ROBERT MANCHEL AS COUNSEL FOR DEBTOR, KASEY A. MARTIN

**ORDERED** The relief set forth on the following page, numbered two (2) is hereby granted.

**DATED: September 3, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(page 2)
debtor: Kasey A. Martin
case no. 18-12289JNP
ORDER RELIEVING ROBERT MANCHEL
AS COUNSEL FOR DEBTOR, KASEY A. MARTIN

THIS MATTER, being opened to the Court upon the Motion of Robert Manchel to Withdrawal as Counsel for Kasey A. Martin, and having considered the Motion, including responding documents and arguments, if any, and for good cause appearing, it is hereby

ORDERED, that:

1. Robert Manchel, Esq., and/or the Law Offices of Robert Manchel's request to withdrawal as counsel for debtor, Kasey A. Martin is hereby granted.

2. Robert Manchel, Esq., and/or the Law Offices of Robert Manchel is/are hereby released and relieved as counsel for debtor, Kasey A. Martin;

3. Debtor, Kasey A. Martin shall proceed with any and all aspects of her case, as a pro se debtor.

4. A copy of this Order shall be served upon Trustee and other parties who entered their appearance on this Motion.