| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Robert Manchel, Esq.<br>1 Eves Dr., Suite 111<br>Marlton, NJ. 08053<br>Attorney for debtor(s)<br>Attorney I. D. No.RM-1141<br>(856) 797-1500 | Order Filed on September 3, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>    Kasey A. Martin | Case No. 18-12289JNP<br><br>Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: |

ORDER RELIEVING ROBERT MANCHEL AS COUNSEL FOR DEBTOR, KASEY A. MARTIN

**ORDERED** The relief set forth on the following page, numbered two (2) is hereby granted.

**DATED: September 3, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(page 2)
debtor: Kasey A. Martin
case no. 18-12289JNP
ORDER RELIEVING ROBERT MANCHEL
AS COUNSEL FOR DEBTOR, KASEY A. MARTIN

THIS MATTER, being opened to the Court upon the Motion of Robert Manchel to Withdrawal as Counsel for Kasey A. Martin, and having considered the Motion, including responding documents and arguments, if any, and for good cause appearing, it is hereby

ORDERED, that:

1. Robert Manchel, Esq., and/or the Law Offices of Robert Manchel's request to withdrawal as counsel for debtor, Kasey A. Martin is hereby granted.

2. Robert Manchel, Esq., and/or the Law Offices of Robert Manchel is/are hereby released and relieved as counsel for debtor, Kasey A. Martin;

3. Debtor, Kasey A. Martin shall proceed with any and all aspects of her case, as a pro se debtor.

4. A copy of this Order shall be served upon Trustee and other parties who entered their appearance on this Motion.

United States Bankruptcy Court
District of New Jersey

In re:
Kasey A. Martin
    Debtor

Case No. 18-12289-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 04, 2019
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db         +Kasey A. Martin,   87 Eldon Way,   Marlton, NJ 08053-4257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
           Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon     on behalf of Loss Mitigation    Rushmore Loan Mangement Services, dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Gary J. Zangerle     on behalf of Creditor    Kings Grant Open Space Association zangerle@ZangerleLaw.comcastbiz.net
           I. Dominic Simeone     on behalf of Creditor    Inverness Greene Condominium Association dsimeone@srnjlawfirm.com, mhahn@srnjlawfirm.com
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           John R. Morton, Jr.     on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
           Raymond Shockley, Jr     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
           Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
           Robert Manchel     on behalf of Debtor Kasey A. Martin manchellaw@yahoo.com
           Sergio I. Scuteri     on behalf of Creditor    Evesham Municipal Utilities Authority sscuteri@capehart.com
           Sindi Mncina     on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 13