Printed on: 01/02/2020
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019
**Case Number: 18-12289 (JNP)**

Kasey A. Martin
87 Eldon Way
Marlton, NJ  08053

Monthly Payment: $467.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2019 | $467.00 | 01/28/2019 | $467.00 | 03/05/2019 | $467.00 | 04/02/2019 | $467.00 |
| 06/03/2019 | $494.00 | 07/03/2019 | $494.00 | 07/30/2019 | $494.00 | 09/04/2019 | $494.00 |
| 10/01/2019 | $494.00 | 10/29/2019 | $494.00 | 12/04/2019 | $494.00 | 12/31/2019 | $494.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KASEY A. MARTIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $3,029.00 | $3,029.00 | $0.00 | $3,029.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 |
| 0 | SELF-REPRESENTED | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $9,113.27 | $3,155.49 | $6,386.49 | $2,921.30 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $402.44 | $0.00 | $402.44 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $499.53 | $0.00 | $499.53 | $0.00 |
| 4 | CAP1/BSTBY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND FUNDING, LLC | 33 | $3,293.84 | $0.00 | $3,293.84 | $0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $2,847.23 | $0.00 | $2,847.23 | $0.00 |
| 8 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK | 33 | $1,500.27 | $0.00 | $1,500.27 | $0.00 |
| 10 | DEPARTMENT STORES NATIONAL BANK | 33 | $9,378.30 | $0.00 | $9,378.30 | $0.00 |
| 11 | EVESHAM MUNICIPAL UTILITIES AUTHORITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | KINGS GRANT MAINTENANCE ASSOCIATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KINGS GRANT OPEN SPACE ASSOCIATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE, N.A. | 33 | $1,543.18 | $0.00 | $1,543.18 | $0.00 |
| 15 | LANE BRYANT RETAIL/SOA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,429.04 | $0.00 | $2,429.04 | $0.00 |
| 17 | MTGLQ INVESTORS, LP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | INVERNESS GREENE CONDOMINIUM ASSOCIATION | 33 | $2,537.56 | $0.00 | $2,537.56 | $0.00 |
| 19 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $6,102.20 | $0.00 | $6,102.20 | $0.00 |
| 21 | SYNCHRONY BANK | 33 | $6,563.11 | $0.00 | $6,563.11 | $0.00 |
| 22 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | VW CREDIT, INC. | 24 | $8,045.00 | $2,010.84 | $6,034.16 | $1,789.56 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | Robert Manchel | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MIDLAND FUNDING, LLC | 33 | $3,061.00 | $0.00 | $3,061.00 | $0.00 |
| 29 | ALLY FINANCIAL | 33 | $6,249.17 | $0.00 | $6,249.17 | $0.00 |
| 30 | VW CREDIT, INC. | 33 | $1,088.60 | $0.00 | $1,088.60 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2018 | 12.00 | $0.00 |
| 03/01/2019 | Paid to Date | $6,071.00 |
| 04/01/2019 | 35.00 | $467.00 |
| 03/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,820.00 |
| Total paid to creditors this period: | $8,739.86 |
| Undistributed Funds on Hand: | $455.47 |
| Arrearages: | $251.00 |
| Attorney: | SELF-REPRESENTED |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**