UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MICHAEL R. HAHN, ESQ.
SIMEONE & RAYNOR, LLC
1522 ROUTE 38
CHERRY HILL, NJ 08002
(856) 663-6700

Order Filed on May 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KASEY A. MARTIN

Case No.: 18-12289

Adv. No.:

Hearing Date:

Judge: Jerold N. Polusny, Jr.

# ORDER VACATING AUTOMATIC STAY AS TO
# INVERNESS GREENE AT KINGS GRANT CONDOMINIUM ASSOCIATION

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**PAGE 2**

Debtor:           **KASEY A. MARTIN**

Case No.       **18-12289**

Caption of Order:    **ORDER VACATING AUTOMATIC STAY AS INVERNESS GREENE AT KINGS GRANT CONDOMINIUM ASSOCIATION**

---

Upon consideration of Michael R. Hahn, an attorney with the law firm of Simeone & Raynor, LLC's application for relief from the automatic stay submitted on behalf of the creditor Inverness Greene at Kings Grant Condominium Association and for good cause appearing therefore, it is hereby **ORDERED** that:

1. The automatic stay is hereby vacated against the Debtor Kasey A. Martin and Co-Owners Ronald H. Martin and Ronnie B. Martin.   The Creditor Inverness Greene at Kings Grant Condominium Association is allowed to proceed against the Debtor   and Co-Owners personally for post-petition amounts due and/or to begin a foreclosure action on its liens, and take such action as is necessary to collect post-petition fees.