UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MICHAEL R. HAHN, ESQ.
SIMEONE & RAYNOR, LLC
1522 ROUTE 38
CHERRY HILL, NJ 08002
(856) 663-6700

Order Filed on May 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KASEY A. MARTIN

Case No.: 18-12289

Adv. No.:

Hearing Date:

Judge: Jerold N. Polusny, Jr.

## ORDER VACATING AUTOMATIC STAY AS TO
## INVERNESS GREENE AT KINGS GRANT CONDOMINIUM ASSOCIATION

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**PAGE 2**

Debtor:            **KASEY A. MARTIN**

Case No.           **18-12289**

Caption of Order:  **ORDER VACATING AUTOMATIC STAY AS INVERNESS GREENE AT KINGS GRANT CONDOMINIUM ASSOCIATION**

---

    Upon consideration of Michael R. Hahn, an attorney with the law firm of Simeone & Raynor, LLC's application for relief from the automatic stay submitted on behalf of the creditor Inverness Greene at Kings Grant Condominium Association and for good cause appearing therefore, it is hereby **ORDERED** that:

1. The automatic stay is hereby vacated against the Debtor Kasey A. Martin and Co-Owners Ronald H. Martin and Ronnie B. Martin.   The Creditor Inverness Greene at Kings Grant Condominium Association is allowed to proceed against the Debtor   and Co-Owners personally for post-petition amounts due and/or to begin a foreclosure action on its liens, and take such action as is necessary to collect post-petition fees.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12289-JNP
Kasey A. Martin                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1            Date Rcvd: May 19, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db             +Kasey A. Martin,    87 Eldon Way,    Marlton, NJ 08053-4257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Tiki Properties IV, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Rushmore Loan Mangement Services,
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              I. Dominic Simeone    on behalf of Creditor    Inverness Greene Condominium Association
               dsimeone@srnjlawfirm.com,    mhahn@srnjlawfirm.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Michael R Hahn    on behalf of Creditor    Inverness Greene Condominium Association
               mhahn@srnjlawfirm.com
              Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority
               sscuteri@capehart.com
              Sindi  Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15