UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

**Kasey A. Martin**

Debtor(s)'.

Case No.  18-12289  JNP

Judge:  Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

WHEREAS, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

NOW THEREFORE, the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $14,953.00 total receipts applied to plan then $546.00 for sixteen (16) months, commencing November 1, 2020, for a total of forty-eight (48) months.

IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on April 3, 2019 remain in effect.

_____
Kasey A. Martin
Self-Represented Debtor
Dated: 10/29/20

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee
Dated: 11/3/2020