| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1( b)<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>U.S. Bank Trust National Association as trustee of Dwelling Series IV Trust | Order Filed on September 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>  Martin, Kasey A.<br><br>  Martin, Ronni H.<br>  Martin, Ronald B. | Case No: <u>18-12289 JNP</u><br><br>Chapter: <u>13</u><br><br>Hearing Date: <u>9/21/2021</u><br>Judge: Jerrold N. Poslusny Jr. |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: **September 21, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>US Bank Trust National Association as Trustee of Dwelling Series IV Trust</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■  Real Property More Fully Described as:

**Land and premises commonly known as  87 Eldon Way, Township Of Evesham NJ 08053**

☐  Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 18-12289-JNP

Kasey A. Martin                                                                                                                      Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

**Recip ID         Recipient Name and Address**
db              +  Kasey A. Martin, 87 Eldon Way, Marlton, NJ 08053-4257

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021                                           Signature:           /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
                   on behalf of Loss Mitigation Rushmore Loan Mangement Services  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                   on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                   on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com
                   bkgroup@kmllawgroup.com

Denise E. Carlon
                   on behalf of Creditor Tiki Properties IV  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                   on behalf of Creditor U.S. Bank Trust National Association as trustee of Tiki Series IV Trust dcarlon@kmllawgroup.com
                   bkgroup@kmllawgroup.com

District/off: 0312-1      User: admin      Page 2 of 2
Date Rcvd: Sep 21, 2021      Form ID: pdf903      Total Noticed: 1

| Name | Details |
|---|---|
| Gary J. Zangerle | on behalf of Creditor Kings Grant Open Space Association zangerle@ZangerleLaw.comcastbiz.net |
| I. Dominic Simeone | on behalf of Creditor Inverness Greene Condominium Association dsimeone@srnjlawfirm.com mhahn@srnjlawfirm.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Michael R Hahn | on behalf of Creditor Inverness Greene Condominium Association mhahn@srnjlawfirm.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ INVESTORS L.P. rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Sergio I. Scuteri | on behalf of Creditor Evesham Municipal Utilities Authority sscuteri@capehart.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS L.P. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17