FILED
JEANNE A. NAUGHTON, CLERK
JAN 24 2022
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No.: 18-12289 |
| In Re: | Chapter: 13 |
| | Judge: Honorable Jerrold N Poslusny Jr. |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Kasey A. Martin__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __1/24/22__          _____
                                    Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

*rev.8/1/18*

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 JAN 24  P 12: 31

Kasey A. Martin

Case # 18-12289 JNP

Chapter 13