| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kasey A. Martin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3802<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–12289–JNP | | |

## Order of Discharge                                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kasey A. Martin


<u>5/4/22</u>                                                                       **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Kasey A. Martin  
    Debtor

Case No. 18-12289-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: May 04, 2022     Form ID: 3180W     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kasey A. Martin, 87 Eldon Way, Marlton, NJ 08053-4257 |
| r | + | Carla Campanella, Re/Max Tri County, 2275 State Highway 33, Hamilton Square, NJ 08690-1748 |
| cr | | Kings Grant Open Space Association, Marlton, NJ 08053 |
| lm | + | Rushmore Loan Mangement Services,, PO Box 55004, Irvine, CA 92619-5004 |
| 517318099 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 517318102 | + | Evesham Municipal Utilities Authority, PO Box 467, Marlton, NJ 08053-0467 |
| 517323762 | + | Inverness Greene Condominium Association, c/o Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 517318103 | + | Kings Grant Maintenance Association, 21 Kings Grant Drive, Marlton, NJ 08053-2807 |
| 517318104 | + | Kings Grant Open Space Association, 50 Landings Drive, Marlton, NJ 08053-2832 |
| 518580630 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 517318109 | + | Simeone & Raynor LLC, Attorneys at Law, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 517318110 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 04 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 04 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BkGeneralInbox@rushmorelm.com | May 04 2022 20:34:00 | Rushmore Loan Mangement Services,, PO Box 55004, Irvine, CA 92619-5004 |
| 517318093 | | Email/Text: bankruptcy@pepcoholdings.com | May 04 2022 20:35:00 | Atlantic City Electric, PO Box 4875, Trenton, NJ 08650-4875 |
| 517363797 | | EDI: GMACFS.COM | May 05 2022 02:18:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519258394 | + | EDI: AISACG.COM | May 05 2022 02:18:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517318092 | + | EDI: GMACFS.COM | May 05 2022 02:18:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517334052 | | Email/Text: bankruptcy@pepcoholdings.com | May 04 2022 20:35:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517318094 | + | EDI: TSYS2 | May 05 2022 02:18:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517318096 | | EDI: CAPITALONE.COM | | |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 517440063 | Email/PDF: bncnotices@becket-lee.com | May 05 2022 02:18:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| | | May 04 2022 20:40:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517318098 | + EDI: WFNNB.COM | May 05 2022 02:18:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 517374287 | + EDI: CITICORP.COM | May 05 2022 02:18:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517318101 | + EDI: CITICORP.COM | May 05 2022 02:18:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 517984495 | EDI: Q3G.COM | May 05 2022 02:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517318100 | EDI: DISCOVER.COM | May 05 2022 02:18:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 517335990 | EDI: DISCOVER.COM | May 05 2022 02:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517318097 | EDI: JPMORGANCHASE | May 05 2022 02:18:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517318105 | + Email/Text: PBNCNotifications@peritusservices.com | May 04 2022 20:34:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517318106 | + EDI: WFNNB.COM | May 05 2022 02:18:00 | Lane Bryant Retail/soa, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 517403398 | + Email/Text: bankruptcydpt@mcmcg.com | May 04 2022 20:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517351607 | EDI: AGFINANCE.COM | May 05 2022 02:18:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517318107 | + EDI: AGFINANCE.COM | May 05 2022 02:18:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 517523745 | EDI: PRA.COM | May 05 2022 02:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517523746 | EDI: PRA.COM | May 05 2022 02:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517453286 | EDI: PRA.COM | May 05 2022 02:18:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517322145 | EDI: Q3G.COM | May 05 2022 02:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517443655 | EDI: Q3G.COM | May 05 2022 02:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518580630 | + Email/Text: BkGeneralInbox@rushmorelm.com | May 04 2022 20:34:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 517447698 | + EDI: RMSC.COM | May 05 2022 02:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517319544 | + EDI: RMSC.COM | May 05 2022 02:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517318111 | EDI: RMSC.COM | May 05 2022 02:18:00 | Synchrony Bank/Gap, PO Box 960017, Orlando, FL 32896-0017 |
| 517318112 | EDI: RMSC.COM | May 05 2022 02:18:00 | Synchrony Bank/Old Navy, PO Box 960017, Orlando, FL 32896-0017 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 3180W | Total Noticed: 46 |

| 517318113 | + EDI: WTRRNBANK.COM | | May 05 2022 02:18:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 517350621 | + Email/Text: VWBKNotices@nationalbankruptcy.com | | May 04 2022 20:34:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517318114 | + Email/Text: vci.bkcy@vwcredit.com | | May 04 2022 20:35:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517318095 | | Cap1/bstby |
| cr | * | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Inverness Greene Condominium Association, c/o Simeone & Raynor, LLC, 1522 Route 38, Cherry Hill, NJ 08002-2216 |
| 517318108 | ## | Seterus, PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Tiki Properties IV LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as trustee of Tiki Series IV Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Rushmore Loan Mangement Services dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J. Zangerle | on behalf of Creditor Kings Grant Open Space Association zangerle@ZangerleLaw.comcastbiz.net |
| I. Dominic Simeone | on behalf of Creditor Inverness Greene Condominium Association dsimeone@srnjlawfirm.com mhahn@srnjlawfirm.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 3180W | Total Noticed: 46 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Michael R Hahn
    on behalf of Creditor Inverness Greene Condominium Association mhahn@srnjlawfirm.com

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor MTGLQ INVESTORS  L.P. rsolarz@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Sergio I. Scuteri
    on behalf of Creditor Evesham Municipal Utilities Authority sscuteri@capehart.com

Sindi Mncina
    on behalf of Creditor MTGLQ INVESTORS  L.P. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17